IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAY QUIROZ,

    Plaintiff,

v.                                                                          CV 09-311 MCA/CG

EDDY COUNTY, *et al.*,

    Defendants.

## ORDER GRANTING LEAVE TO FILE SURRPELY

**THIS MATTER** is before the Court upon *Plaintiff's Motion for Leave to File Surreply* (Doc. 74). Plaintiff seeks to file a surreply to *Defendants' Reply in Support of Motion for Summary Judgment* (Doc. 72). The motion being unopposed and the Court being fully advised of the premises, **FINDS** that the motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED** that *Plaintiff's Motion for Leave to File Surreply* be **GRANTED**.

_____
**THE HONORABLE CARMEN E. GARZA**
**UNITED STATES MAGISTRATE JUDGE**