IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAY QUIROZ,

      Plaintiff,

vs.                                         No CIV 09-311 MCA/CEG

**COUNTY OF EDDY AND ITS BOARD OF
COUNTY COMMISSIONERS; et al.,**

      **Defendants.**

### ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on the unopposed motion of Defendants to allow the withdrawal of William D. Slease and Slease & Martinez, P.A. as counsel for Defendants and to substitute The Law Office of Jonlyn M. Martinez, LLC (Jonlyn M. Martinez) as counsel for Defendants effective December 1, 2010; the Court having reviewed the pleadings and being otherwise fully advised in the premises:

HEREBY FINDS AND ORDERS that the Motion is well taken and should be and hereby is granted and, therefore, William D. Slease and Slease & Martinez, P.A. are withdrawn as counsel for Defendants and  The Law Office of Jonlyn M. Martinez, LLC (Jonlyn M. Martinez) P.O. Box 1805, Albuquerque, NM 87103-1805 (505) 247-9488, (505) 247-9566 (fax), email jonlyn@jmartinezlaw.co is substituted as counsel for Defendants effective December 1, 2010.

_____
THE HONORABLE CARMEN E. GARZA
United States Magistrate Judge

Approved:

By: *Approved by telephone 11/8/10*
    David Meilleur, Esq.
    Law Offices of Nancy L. Simmons, P.C.
    *Attorneys for Plaintiff*
    120 Girard SE
    Albuquerque, NM 87106

By: *Electronically submitted 11/8/10*
    Jonlyn M. Martinez
    The Law Office of Jonlyn M. Martinez, LLC
    *Substituting Attorneys for Defendants*
    P.O. Box 1805
    Albuquerque, New Mexico

By: *Electronically submitted 11/8/10*
    William D. Slease
    Slease & Martinez, P.A.
    *Withdrawing Attorneys for Defendants*
    P.O. Box 1805
    Albuquerque, New Mexico