IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAY QUIROZ,

        Plaintiff,

vs.                                                                    No CIV 09-311 MCA/CG

COUNTY OF EDDY AND ITS BOARD OF
COUNTY COMMISSIONERS; et al.,

        Defendants.

## ORDER DENYING MOTION FOR EXTENSION OF TIME

This matter has come before the Court on Plaintiff's *Motion for Extension of Expert Disclosure Deadlines* ('Motion') (Doc. 62). Plaintiff filed the Motion requesting a one month extension of expert disclosure deadlines in June of 2010. Defendants did not take any position on the Motion. The Court conducted a status conference on December 7th, 2010, wherein it was determined that the Motion is now moot. Therefore, the Court, having considered the Motion and otherwise being fully advised in the premises, **FINDS** the Motion not to be well taken and will be **DENIED AS MOOT**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE